**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA MACON DIVISION**

| | | |
|---|---|---|
| **CLAIRE FITZGERALD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No.: 5:26-cv-328-CAR** |
| | : | |
| **JAMES R. BAUGHER, ERIC KOMITEE, MICHAEL LOGUERCIO, and MARGO K. BRODIE,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER DISMISSING CASE**

On August 12, 2026, the Court granted *pro se* Plaintiff Claire Fitzgerald's Motion to Proceed *in forma pauperis* and warned her that this case would be dismissed if she failed to file a recast complaint within 21 days of the Court's Order.[1] Plaintiff has failed to comply with the Court's Order, and the time to do so has now expired.[2] Therefore, the Court hereby **DISMISSES** this case **without prejudice**.

**SO ORDERED**, this 14th day of October, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

[1] Doc. 3.

[2] *Id.* On August 13, 2026, the Clerk's office mailed a copy of the Order to the address Plaintiff provided, but on August 24, 2026, the mail was returned as undeliverable reflecting there was no such street. *See* Doc. 4. A party has a duty to keep the Court informed of his or her address. *See Lewis v. Conners Steel Co.*, 673 F.2d 1240, 1243 (11th Cir. 1982); *see also Weston v. St. Petersburg Police Dep't*, No. 8:09-CV-495-T-27TBM, 2010 WL 3154096, at *1 (M.D. Fla. Aug. 9, 2010) (collecting cases).