IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CLAIRE FITZGERALD , *

Plaintiff, *

v. Case No. 5:26-cv-00328-CAR

*

JAMES R BAUGHER et al., *

Defendants. *

# JUDGMENT

Pursuant to this Court's Order dated October 14, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 14th day of October, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk